IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES ex rel.<br>MARY RUSSO | ) <br>) <br>) | |
| Plaintiff, | ) <br>) | |
| vs. | ) <br>) | Case No. 14-cv-00311-JPG-PMF |
| BRONCOR, INC. and<br>BRIAN J. LARSON, | ) <br>) <br>) <br>) | |
| Defendants. | ) | |

## ORDER

This matter coming before the Court on Defendant's Motions (Docs. 53 & 54) for Extension of Time to Respond to Relator Mary Russo's Motion for Attorney's Fees and Costs (Doc. 51). Plaintiff Mary Russo filed a Response to Defendants' Corrected Sealed Motion for Extension of Time (Doc. 55).

As Relator failed to serve her Motion on the Defendants, the Defendants' Motion for Extension of Time is **GRANTED**. Defendants' Response is due on or before **March 27, 2015.**

The Court acknowledges the 60 days appeal period with regard to the Order Approving of Settlement and that Relator may motion this Court under Rules of Appellate Procedure 4(a)(5) for an extension of the appeal period. Such motion, if filed, shall not be made ex parte.

**IT IS SO ORDERED.**

**DATED:** 1/27/2015

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**